425 A.2d 846

Commonwealth v. Shank, Appellant.

Submitted June 13, 1977. Edward F. Browne, Jr., Assistant Public

Defender, for appellant; D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Before WATKINS, P. J., and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

We vacate the judgment of sentence and remand to the trial court for resentencing in accordance with *Commonwealth v. Riggins*, 474 Pa. 115, 377 A.2d 140 (1977).

PRICE, J. dissented.

JACOBS, J. did not participate in the consideration or decision of this case.